# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146030

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146030
COA: 303201
Lake CC: 86-002451-FC

RICHARD ALLEN SIMMONS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Carp* (Docket No. 146478) and *People v Eliason* (Docket No. 147428) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



s1105

Clerk